```
                    UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                           WESTERN DIVISION
```

CARL R. BRANDON                                              PLAINTIFF

VERSUS                               CIVIL ACTION NO. 5:08cv161-DCB-MTP

FRANK DAVIS, ET AL.                                         DEFENDANTS

### FINAL JUDGMENT

This matter having come before the Court on the Magistrate Judge's Report and Recommendation [docket entry no. 14] that the plaintiff's case be dismissed for failure to prosecute, and the Court's having adopted said Report and Recommendation in its entirety, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this the 24th day of November 2008.


                                    s/ David Bramlette
                               UNITED STATES DISTRICT JUDGE